United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-16383-ref
Heather Lynn Rodriguez                                                    Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: admin              Page 1 of 2          Date Rcvd: Jan 19, 2018
                              Form ID: 318             Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 21, 2018.
db              +Heather Lynn Rodriguez,    814 Water Street,    Temple, PA 19560-1561
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,   Reading, PA 19601-4300
13985627        +Acc Adv Agnc,    510 N Park Rd,    Wyomissing, PA 19610-2941
13985628        +Ar Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
13985629        +Arcadia,    645 Penn St,    Reading, PA 19601-3543
13985638       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court:   Cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007)
13985639         City of Reading,    814 Washington Street,    Reading, PA 19601-3690
13985641        +EZ Pass,    P.O. Box 9500,    Newark, NJ 07104-0500
13985642        +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
13985654        +G C Services,    6330 Gulfton St Ste 400,    Houston, TX 77081-1108
13985657        +Muhlenberg Township Authority,    2840 Kutztown Road,   Reading, PA 19605-2695
13985660        +Nationstar/mr. Cooper,    350 Highland Dr,    Lewisville, TX 75067-4177
13985667         Verizon,    P.O. Box 2800,    Lehigh Valley, PA 18002
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              +EDI: QLEFELDMAN.COM Jan 20 2018 02:08:00      LYNN E. FELDMAN,    Feldman Law Offices PC,
                  221 N. Cedar Crest Blvd.,    Allentown, PA 18104-4603
smg             +E-mail/Text: robertsl2@dnb.com Jan 20 2018 02:15:04      Dun & Bradstreet, INC,
                  3501 Corporate Pkwy,    P.O. Box 520,   Centre Valley, PA 18034-0520
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 20 2018 02:14:47
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 20 2018 02:15:11      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13985636         EDI: HFC.COM Jan 20 2018 02:08:00      Best Buy,    P.O. Box 15521,    Wilmington, DE 19850-5521
13985655         EDI: RMSC.COM Jan 20 2018 02:08:00      Home Depot Credit Services,    P.O. Box 630268,
                  Irving, TX 75063
13985637        +EDI: CAPITALONE.COM Jan 20 2018 02:08:00      Capital One,    Po Box 30281,
                  Salt Lake City, UT 84130-0281
13985640        +E-mail/Text: bknotice@erccollections.com Jan 20 2018 02:15:01      Enhanced Recovery Co L,
                  8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13985653        +EDI: AMINFOFP.COM Jan 20 2018 02:08:00      First Premier Bank,    601 S Minnesota Ave,
                  Sioux Falls, SD 57104-4868
13985656         EDI: JEFFERSONCAP.COM Jan 20 2018 02:08:00      Jefferson Capital Syst,    16 Mcleland Rd,
                  Saint Cloud, MN 56303
13985658        +E-mail/Text: Bankruptcies@nragroup.com Jan 20 2018 02:15:52      National Recovery Agen,
                  2491 Paxton St,    Harrisburg, PA 17111-1036
13986468        +EDI: PRA.COM Jan 20 2018 02:08:00      PRA Receivables Management, LLC,    PO Box 41021,
                  Norfolk, VA 23541-1021
13985661        +EDI: DRIV.COM Jan 20 2018 02:08:00      Santander Consumer Usa,    Po Box 961245,
                  Ft Worth, TX 76161-0244
13985665         EDI: AISTMBL.COM Jan 20 2018 02:08:00      T-Mobile,    PO Box 742596,
                  Cincinnati, OH 45274-2596
13985666        +EDI: WTRRNBANK.COM Jan 20 2018 02:08:00      Td Bank Usa/targetcred,    Po Box 673,
                  Minneapolis, MN 55440-0673
13985668        +EDI: RMSC.COM Jan 20 2018 02:08:00      Walmart,    P.O. Box 530927,    Atlanta, GA 30353-0927
                                                                                               TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13985630*       +Arcadia,    645 Penn St,    Reading, PA 19601-3543
13985631*       +Arcadia,    645 Penn St,    Reading, PA 19601-3543
13985632*       +Arcadia,    645 Penn St,    Reading, PA 19601-3543
13985633*       +Arcadia,    645 Penn St,    Reading, PA 19601-3543
13985634*       +Arcadia,    645 Penn St,    Reading, PA 19601-3543
13985635*       +Arcadia,    645 Penn St,    Reading, PA 19601-3543
13985643*       +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
13985644*       +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
13985645*       +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
13985646*       +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
13985647*       +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
13985648*       +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
13985649*       +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
13985650*       +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
13985651*       +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
13985652*       +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
13985659*       +National Recovery Agen,    2491 Paxton St,    Harrisburg, PA 17111-1036
13985663*       +Stellar Recovery Inc,    4500 Salisbury Rd Ste 10,    Jacksonville, FL 32216-8035
13985664*       +Stellar Recovery Inc,    4500 Salisbury Rd Ste 10,    Jacksonville, FL 32216-8035

```
District/off: 0313-4          User: admin              Page 2 of 2              Date Rcvd: Jan 19, 2018
                              Form ID: 318             Total Noticed: 32
```

13985662      ##+Stellar Recovery Inc,    4500 Salisbury Rd Ste 10,   Jacksonville, FL 32216-8035
                                                                                TOTALS: 0, * 19, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2018 at the address(es) listed below:
              BRENNA HOPE MENDELSOHN    on behalf of Debtor Heather Lynn Rodriguez tobykmendelsohn@comcast.net
              LYNN E. FELDMAN    trustee.feldman@rcn.com, lfeldman@ecf.epiqsystems.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Heather Lynn Rodriguez** <br> First Name    Middle Name    Last Name | Social Security number or ITIN    **xxx–xx–5066** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Pennsylvania** | | |
| Case number:   **17–16383–ref** | | |

## Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Heather Lynn Rodriguez
fka Heather Lynn Weand

1/18/18                                                             **By the court:**    Richard E. Fehling
                                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                              **Order of Discharge**                                  page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2